JOSEPH RUBIN, Plaintiff, *v.* CITY OF NEW YORK et al., Defendants.

Supreme Court, Special Term, Kings County, September 20, 1948.

*Emanuel Rosenstein* and *Samuel F. Gold* for plaintiff.

*Emanuel Morgenbesser* for Wyckoff Laundry System, Inc., defendant.

RUBENSTEIN, J. If the rule announced in *Smith* v. *Woodbury Farms & Realty Corp.* (265 App. Div. 885) is to be restricted to accidents happening on private property as distinguished from the public highway, the court which made the decision should promulgate such limitation — not the Special Term. (See *Levine* v. *Rosenman,* 192 Misc. 1010.)

Accordingly, the motion to preclude is granted unless plaintiff shall serve a further bill of particulars setting forth (a) the city ordinances, regulations and statutes which plaintiff claims defendant violated; (b) the nature and extent of the prior head injury which plaintiff claims was aggravated by the present accident; (c) the length of time plaintiff will claim he was incapacitated from his employment; (d) the loss of earnings, if any, plaintiff will claim. Settle order on notice requiring bill to be served within twenty days after service of the order herein.